JS - 6

UNITED STATES DISTRICT COURT

CENTRAL DISTRICT OF CALIFORNIA

WESTERN DIVISION

| | | |
|---|---|---|
| DEON LOVELLE NASH, | ) | No. CV 15-7265-SVW (PLA) |
| Petitioner, | ) | **JUDGMENT** |
| v. | ) | |
| KELLY SANTORO, Warden, | ) | |
| Respondent. | ) | |

Pursuant to the Order Accepting the Magistrate Judge's Report and Recommendation, IT IS ADJUDGED that the Petition in this matter is denied and dismissed with prejudice.

DATED: August 22, 2017

HONORABLE STEPHEN V. WILSON
UNITED STATES DISTRICT JUDGE